

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00518-CR

Marvin **KIRK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1414
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 26, 2013.

Karen Angelini, Justice